**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRYAN P. JONES,

        Plaintiff,

vs.                                Case No. 3:13-cv-837-J-99MMH-MCR

SALLIE MAE, INC.,

        Defendant.

_____/

**O R D E R**

    **THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 10; Report), entered on September 20, 2013. In the Report, Magistrate Judge Richardson recommends that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction or in the Alternative, to Stay Proceedings, and Compel Arbitration and Incorporated Memorandum of Law be granted to the extent that Plaintiff's claims should be submitted to arbitration, and denied to the extent Defendant seeks to have the case dismissed. See Report at 16. No objections to the Report have been filed, and the time for doing so has passed.

    The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 10) of Magistrate Judge Richardson is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction or in the Alternative, to Stay Proceedings, and Compel Arbitration and Incorporated Memorandum of Law  (Dkt. No. 4) is **GRANTED** to the extent that:

   a.) Pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, Plaintiff shall submit his claims to arbitration in accordance with the terms of the Arbitration Agreement contained in the Promissory Note which is attached as an exhibit to Defendant's Motion;

   b.) The case is **STAYED** pending notification by the parties that they have completed the arbitration process and the stay is due to be lifted, or the case is due to be dismissed;

   c.) Otherwise, Defendant's Motion is **DENIED**.

3.      The parties are **ORDERED** to file with the Court a joint status report advising the Court of the progress of the arbitration proceedings on or before **March 3, 2014**, and every ninety (90) days thereafter until the matter is resolved.

4.      The Clerk of the Court is **DIRECTED** to terminate all deadlines and motions, and administratively close the case.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of December, 2013.

MARCIA MORALES HOWARD
United States District Judge

i24

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record